# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| STEPHEN DELA CRUZ,<br><br>                              Petitioner,<br><br>         v.<br><br><br>EDWARD BORLA, Warden; JEFF MACOMBER, Secretary of California Department of Corrections and Rehabilitations,<br><br>                              Respondents. | Case No. 2:25-cv-07968-ODW-SK<br><br>**ORDER TO SHOW CAUSE** |

In accordance with the Court's October 24, 2025 order staying this action, petitioner was to file his first quarterly status report concerning his efforts to exhaust state court remedies by January 2, 2026.  (ECF 9).  As of this order, however, no status report has been timely filed.  Petitioner is thus ordered to show cause why the stay should not be vacated and this action deemed dismissed without prejudice.

IT IS SO ORDERED.

Dated:  January 28, 2026

_____
The Honorable Steve Kim
United States Magistrate Judge

1